GROOMS v. GROOMS. (5 Div. 462.) (Court of Appeals of Alabama. May 15, 1923.) Appeal from Probate Court, Chilton County; L. H. Reynolds, Judge. Perry, Mims & Green, of Bessemer, and L. F. Gerald, of Clanton, for appellant. Reynolds & Reynolds, of Clanton, for appellee.

FOSTER, J. Appeal dismissed on motion of appellant.

---

(98 South. 923)

Cliff GRUBBS v. STATE. (5 Div. 450.) (Court of Appeals of Alabama. Jan. 22, 1924.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge.

FOSTER, J. Appeal dismissed.

---

(99 South. 925)

J. Y. GUSTIN v. STATE. (7 Div. 936.) (Court of Appeals of Alabama. April 8, 1924.) Appeal from Circuit Court, Etowah County; Woodson J. Martin, Judge. Disque & Disque, of Gadsden, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. The appeal in this case is upon the record proper, there being no bill of exceptions. The sole question presented is the validity of the indictment, which was attacked in the lower court by a motion to quash and by demurrers. The points of decision and the questions presented here are identical with those in the case of Same Appellant v. State (Ala. App.) 99 South. 54.[1] Upon the authority of that case the judgment appealed from will stand affirmed. Affirmed.

---

(96 South. 941)

HACKWORTH v. STATE. (8 Div. 37.) (Court of Appeals of Alabama. May 29, 1923.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge.

SAMFORD, J. Defendant was indicted in two counts charging manufacturing whisky and possessing a still, and from the judgment of conviction he appeals. After carefully considering the evidence as shown by the record we are of the opinion that the evidence is not sufficient to justify a verdict of guilt. The court should have so instructed the jury as requested. For this error the judgment is reversed, and the cause is remanded. Reversed and remanded.

---

(99 South. 925)

Alford H. HALL v. STATE. (8 Div. 73.) (Court of Appeals of Alabama. Feb. 19, 1924.) Appeal from Circuit Court, Marshall County; W. W. Haralson, Judge. Distilling.

BRICKEN, P. J. Appeal dismissed.

---

(99 South. 925)

Tom HALL v. STATE. (5 Div. 507.) (Court of Appeals of Alabama. April 22, 1924.) Appeal from Circuit Court, Elmore County; George F. Smoot, Judge. Violating prohibition law.

FOSTER, J. Appeal dismissed.

---

(94 South. 924)

HARDAMAN v. STATE. (6 Div. 40.) (Court of Appeals of Alabama. Dec. 19, 1922.) Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge.

MERRITT, J. Appeal dismissed.

---

(95 South. 924)

HARRELL v. STATE. (8 Div. 908.) (Court of Appeals of Alabama. Feb. 6, 1923.) Appeal from Circuit Court, Colbert County; Charles P. Almon, Judge.

SAMFORD, J. Appeal dismissed.

---

(98 South. 923)

Mart HARRIS v. STATE. (1 Div. 541.) (Court of Appeals of Alabama. Jan. 15, 1924.) Appeal from Circuit Court, Mobile County, Claude A. Grayson, Judge. George B. Cleveland, Jr, of Mobile, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. The former opinion in this case is withdrawn and held for naught. As the record in this case is identical with the record in the case of Mart Harris, alias, v. State (1 Div. 542, Ala. App.) 98 South. 316,[2] and the points of decision the same, on authority of that case, the judgment appealed from will be reversed, and the cause remanded. Reversed and remanded.

---

(99 South. 925)

Mack HARRIS v. STATE. (7 Div. 869.) (Court of Appeals of Alabama April 8, 1924.) Appeal from Circuit Court, Cleburne County; A. P. Agee, Judge. Harwell G. Davis, Atty. Gen., for the State. Hugh Walker, of Anniston, for appellee.

SAMFORD, J. Defendant was convicted on a charge of unlawfully possessing a still, and appeals. There are no exceptions of merit presented in this record. There was a question as to the sufficiency of the record, but that has been corrected by a return to the certiorari issued by this court. The evidence was sufficient to convict. The jury so found. The record as corrected contains no prejudicial error. Let the judgment be affirmed. Affirmed.

---

(94 South. 924)

HARRISON TRANSFER CO. v. BRADLEY. (6 Div. 63.) (Court of Appeals of Alabama. Nov. 30, 1922.) Appeal from Circuit Court, Jefferson County; Dan A. Greene, Judge. Vaughan & Silberman, of Birmingham, for appellant. James J. Jackson, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

---

[1] Ante, p. 558.

[2] Ante, p. 484.